# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSE MOISES SANTO HERNANDEZ,** ) | |
| **Plaintiff,** ) | |
| v.                                 ) | Civil Action No. 16-cv-238-TSC |
| **AUGUSTUS, LLC,** *et al.*,       ) | |
| **Defendants.**                    ) | |

## JOINT STIPULATION OF DISMISSAL

**COME NOW JOSE MOISES SANTO HERNANDEZ ,** Plaintiff in the above-captioned action, and **AUGUSTUS, LLC and ARAYA SREEARAYANPONG,** Defendants herein, by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a) (1) (A) (ii), the parties jointly file this Stipulation for Dismissal with prejudice in the above-captioned proceeding.

**Respectfully submitted,**

*/s/ Justin Zelikovitz*
**JUSTIN ZELIKOVITZ (#986001)**
**LAW OFFICE OF JUSTIN ZELIKOVITZ PLLC**
**519 H STREET NW**
**WASHINGTON, DC 20001**
**T: (202) 803-6083**
**F: (202) 683-6102**
**JUSTIN@DCWAGELAW.COM**
**COUNSEL FOR PLAINTIFF**

*/s/ S. Ricardo Narvaiz*
**S. Ricardo Narvaiz, D.C. Bar No. 317347**
**Law Offices of S. Ricardo Narvaiz**
**10605 Concord Street, Suite 440**
**Kensington, Maryland 20895**
**Telephone: (301) 628-2066**
**Fax: (301) 942-0335**
**E-mail: RNarvaiz@drintl.com**
**Counsel for Defendants**

## **CERTIFICATE OF SERVICE**

 I hereby certify that on the 7th day of June, 2016, a copy of the foregoing pleading in the above-referenced case was sent by filing in the Court's electronic filing system, by e-mail and/or by U.S. mail, postage prepaid, to the following:

   Justin Zelikovitz, Esq.
   Law Office of Justin Zelikovitz PLLC
   519 H Street, N.W.
   Washington, D.C. 20001

      */s/ S. Ricardo Narvaiz*
      _____
      S. Ricardo Narvaiz